NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND L. GOODWIN**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2010-3031

---

Petition for review of the Merit Systems Protection Board in CH0432090229-I-1.

---

## ON MOTION

---

Before MICHEL, *Chief Judge*, SCHALL, and LINN, *Circuit Judges.*

PER CURIAM.

## ORDER

Raymond L. Goodwin moves for reconsideration of the court's order dismissing his appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

__MAY 1 9 2010__                    /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc:  Raymond L. Goodwin
     Arlene Pianko Groner, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2010

JAN HORBALY
CLERK